| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Corinne Lew | | REPORTER/FTR FTR |
|---|---|---|---|
| MAGISTRATE JUDGE Patricia V. Trumbull | DATE 6/26/08 | NEW CASE ☐ | CASE NUMBER 08-mj-70377 RS |

## APPEARANCES

| DEFENDANT Gerardo Garcia-Soto | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Nick Humy | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Chad Mandell | | INTERPRETER Spanish - T. Oros | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER J. Carranza | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

## PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☒ | ADVISED OF RIGHTS | ☒ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |
|---|---|---|---|---|---|---|---|

## ARRAIGNMENT

| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |
|---|---|---|---|---|---|---|---|

## RELEASE

| ☐ | RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ | PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|---|---|---|
| | PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☒ | MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |

## PLEA

| ☐ | CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|---|
| ☐ | PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 7/1/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 9:30 am | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. Patricia V. Trumbull | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS