AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA

V.

GERARDO GARCIA-SOTO

WAIVER OF INDICTMENT

CASE NUMBER: CR 08-00453 JF (RS)

I, __Gerardo Garcia-Soto__, the above named defendant, who is accused of

__ILLEGAL RE-ENTRY, IN VIOLATION OF TITLE 8 U.S.C section 1326__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 10, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUL 10 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_Gerardo Garcia Soto_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer