1

2

3

UNITED STATES DISTRICT COURT

4

FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

SAN JOSE DIVISION

6

7

8

UNITED STATES OF AMERICA,                    Case Number CR-08-00453-JF
            Plaintiff,
    V.                                          Status Hearing

9

GERARDO GARCIA-SOTO,                           August 13, 2008
            Defendant.

10

CLERK'S NOTICE

11

_____

12

13

To all Parties and Attorneys of Record:

14

The status hearing set on July 30, 2008 is continued to August 13, 2008 at 9:00 a.m.

15

before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th

16

floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18

July 25, 2008                              For the Court
                                           Richard W. Wieking, Clerk

19

20

                                           By:____/s/_____
                                           Diana Munz

21

                                           Courtroom Deputy Clerk

22

23

24

25

26

27

28