BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant Garcia-Soto

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00453-JF |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **STATUS HEARING; [PROPOSED]** |
| vs. ) | **ORDER** |
| ) | |
| GERARDO GARCIA-SOTO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

　　　　Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the status hearing date in the above-captioned matter, presently scheduled for Wednesday, August 13, 2008 at 9:00 a.m., be continued to Wednesday, August 20, 2008 at 9:00 a.m.  The continuance is necessary due to the unavailability of counsel for Mr. Garcia-Soto.

　　　　The parties further agree and stipulate that time should be excluded from and including August 13, 2008 through and including August 20, 2008, to provide counsel reasonable time to prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

///

**STIPULATION TO CONTINUE STATUS**
**HEARING; [PROPOSED] ORDER**
**No. CR-08-00453-JF**                                          1

1  exclusion of time will serve the interest of justice and outweigh the interest of the public and
2  defendant in a speedy trial.

4  Dated: August 4, 2008                             _____/s/_____
                                                     NICHOLAS P. HUMY
5                                                    Assistant Federal Public Defender

6  Dated: August 4, 2008                             _____/s/_____
7                                                    CHAD MANDELL
                                                     Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Wednesday, August 13, 2008 will be continued to August 20, 2008 at 9:00a.m.

IT IS FURTHER ORDERED, that the time between August 13, 2008 through and including August 20, 2008, shall be excluded for effective preparation of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: _____, 2008                              _____
                                                     JEREMY FOGEL
                                                     United States District Judge

STIPULATION TO CONTINUE STATUS
HEARING; [PROPOSED] ORDER
No. CR-08-00453-JF                    2