UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review Hearing, August 20, 2008
**Case Number:** CR-08-00453-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**     **UNITED STATES OF AMERICA V. GERARDO GARCIA-SOTO**

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Gerardo Garcia-Soto |
| **Attorneys Present:** Susan Knight | **Attorneys Present:** Nick Humy |

PROCEEDINGS:
    Status review hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Continued to 9/10/08 at 9:00 a.m. for further status review. 21 days are excluded for the reasons stated.